

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT GEORGE FREY, JR, <br> Petitioner | NO. 2:06-cv-4490 |
| VS. | |
| PAUL J. STOWITZKY, SUPERINTENDENT, <br> AND <br> THE DISTRICT ATTORNEY OF <br> THE COUNTY OF NORTHAMPTON, <br> AND <br> THE ATTORNEY GENERAL OF <br> THE STATE OF PENNSYLVANIA, <br> Respondents | FILED <br> MAY 31 2007 <br> MICHAEL E. KUNZ, Clerk <br> By_____ Dep. Clerk |

## ORDER

JAMES T. GILES, J.,

AND NOW, this 29th day of May, 2007, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
JAMES T. GILES, J.